# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KYLE FINNELL,**

    **Plaintiff,**

v.

**SYDNEY HILL,**

    **Defendant.**

**Case No. 2:25-cv-29**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Peter B. Silvain**

## ORDER

Plaintiff Kyle Finnell is an Ohio inmate proceeding without assistance of counsel. On August 26, 2025, the Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss this action for want of prosecution. (ECF No. 10.)

The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed and the time for filing objections has passed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 10.) Mr. Finnell's Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** this case.

    **IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON, CHIEF JUDGE**
    **UNITED STATES DISTRICT COURT**