**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| KYLE FINNELL, | : | Case No. 2:25-cv-29 |
| | : | |
| Plaintiff, | : | CONSOLIDATED WITH 2:25-cv-1049; |
| | : | 2:25-cv-1077; 2:25-cv-1108; 2:25-cv-1124; |
| vs. | : | 2:26-cv-26; 2:26-cv-124; 2:26-cv-197; |
| | : | 2:26-cv-501 |
| SYDNEY HILL, *et al.*, | : | |
| | : | |
| Defendants. | : | Chief District Judge Sarah D. Morrison |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |

---

## ORDER

---

This matter is before the Court on what appears to be a proposed order, for the Court's signature, granting injunctive relief to Plaintiff. (Doc. 20). The Clerk of Court docketed the proposed order as a motion for a temporary restraining order and preliminary injunction.

The Court hereby **STRIKES** Plaintiff's proposed order as procedurally improper because Plaintiff submitted the proposed order without an accompanying motion for relief. Additionally, even if the Court construes the proposed order as a motion seeking injunctive relief, the motion is unsigned. Under Rule 11(a) of the Federal Rules of Civil Procedure, all pleadings filed with the court must be signed "by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). The Rule further requires the Court to strike any improperly signed filings. *Id*. The Court does so here.

For the foregoing reasons, the Court hereby **STRIKES** Plaintiff's proposed order for injunctive relief (Doc. 20).

**IT IS SO ORDERED.**

July 27, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge